1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 E-mail: tanya@moorelawfirm.com

5 Attorney for Plaintiff,
Arthur Owens

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS, | Case No. 1:16-cv-00035-DAD-SMS |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS OR SET THE MATTER FOR A SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| GENOVA MANAGEMENT GROUP LLC, dba ME-N-ED'S PIZZERIA, et al., | |
| Defendants. | |

Plaintiff, Arthur Owens ("Plaintiff") entered into a conditional settlement with all Defendants, and thereafter filed a Notice of Settlement. (Doc. 14.) The Court thereafter set the last date to file dispositional documents as today, May 13, 2016. (Doc. 15.)

As set forth in the Notice of Settlement, Plaintiff was awaiting completion of settlement before dismissing the action. Plaintiff has yet to receive the settlement agreement signed by one of the defendants, and therefore, cannot dismiss the action.

///

///

///

///

Page 1

Plaintiff therefore respectfully requests additional time to May 27, 2016 to work with Defendants to complete settlement, or if such efforts prove unproductive, to request that the matter be re-set for a Scheduling Conference.

Date: May 13, 2016                                    MOORE LAW FIRM, P.C.

                                                     */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff, Arthur Owens

## **ORDER**

Plaintiff has requested additional time to file dispositional documents with the court in this action. Good cause appearing, on or before May 27, 2016, plaintiff shall either dismiss this action with prejudice or file a request that the case be set for a Scheduling Conference.

IT IS SO ORDERED.

Dated:   **May 13, 2016**                           _____
                                                     UNITED STATES DISTRICT JUDGE